UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HOLMES, DELLMARIE § Case No. 10-31492
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 08/11/2011 in Courtroom 250, United States Courthouse, Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/12/2011          By:  JOSEPH R. VOILAND
                                                                             Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: HOLMES, DELLMARIE § Case No. 10-31492
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 5,000.19 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,000.19 |
| **Balance on hand:** | $ 5,000.19 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,000.19 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH R. VOILAND | 1,250.02 | 0.00 | 1,250.02 |
| Trustee, Expenses - JOSEPH R. VOILAND | 83.75 | 0.00 | 83.75 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,583.77 |
| Remaining balance: | $ 3,416.42 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,416.42

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,416.42

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,593.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Anderson & Anderson, P.C. | 1,593.61 | 0.00 | 1,593.61 |

Total to be paid for timely general unsecured claims: $ 1,593.61
Remaining balance: $ 1,822.81

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 3,201.53 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 56.9 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Thomas D Scott | 2,248.90 | 0.00 | 1,280.42 |
| 3 | FIA Card Services, NA/Bank of America | 952.63 | 0.00 | 542.39 |

Total to be paid for tardy general unsecured claims: $ 1,822.81
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH R. VOILAND
                     Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                              Case No. 10-31492-MB
Dellmarie Holmes                                                    Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: mflowers              Page 1 of 1                 Date Rcvd: Jul 05, 2011
                               Form ID: pdf006             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2011.
db           +Dellmarie Holmes,    13252 Sierra Glen Rd.,     Huntley, IL 60142-6342
aty          +Joseph R Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
aty          +Richard F Doerr,    Steven H Mevorah & Associates,     134 North Bloomingdale Road,
               Bloomingdale, IL 60108-1017
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
15851916     +Anderson & Anderson, P.C.,     400 S County Farm Rd, Ste. 120,    Wheaton, IL 60187-4547
15851917      Bank Of America,    PO Box 15026,    Wilmington, DE 19850-5026
15851918      Beneficial HSBC,    PO Box 8873,    Virginia Beach, VA 23450-8873
15851919      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
15851920     +Central Dupage Hospital,    25 N. Winfield Road,     Winfield, IL 60190-1295
15851921     +Chase Az1-2516,    1820 E Sky Harbor Cir S,     Phoenix, AZ 85034-4812
15851922      Chase Cardmember Services,    P.O. Box 15153,     Wilmington, DE 19886-5153
15851923      Chase Home Finance,    PO Box 9001871,    Louisville, KY 40290-1871
15851914      Holmes Dellmarie,    13252 Sierra Glen Rd,     Huntley, IL 60142-6342
15851915     +Law Offices of Steven H Mevorah,     & Associates,    134 North Bloomingdale Road,
               Bloomingdale, IL 60108-1017
15851924      Nicor Gas,    Harris & Harris, Ltd.,    222 Merchandise Mart Plz Ste 1900,
               Chicago, IL 60654-1421
15851925      QVC, Inc.,    Nationwide Credit Inc.,    2015 Vaughn Rd NW Ste 400,    Kennesaw, GA 30144-7802
17204213     +Thomas D Scott,    450 St Andrews Ct,    West Chicago, IL 60185-6151
15851926      Tom & Sandi Scott,    450 Saint Andrews Ct,     West Chicago, IL 60185-6151
15851927    ++WACHOVIA DEALER SERVICES INC,     BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court:   Wachovia Dealer Services,     PO Box 25341,    Santa Ana, CA 92799-5341)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17256687      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 05 2011 23:47:29
              FIA Card Services, NA/Bank of America,     by American InfoSource LP as its agent,     PO Box 248809,
               Oklahoma City, OK 73124-8809
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 07, 2011**              **Signature:** *Joseph Speetjens*